**LAW OFFICE OF EMILY DE LEON**
Emily De Leon, SBN296416
1318 K Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: emily@lawdeleon.com

Attorney for:
MYLA G KILCHRIST

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MYLA G KILCHRIST,<br><br>　　　　Defendant | Case No.: 5:19-PO-00248-JLT<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Myla G Kilchrist, having been advised of her right to be personally present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear for any and all proceedings in this matter. Ms. Kilchrist agrees that her interests shall be represented at all times by the presence of her attorney Emily de León, the same as if Ms. Kilchrist were personally present. This court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

Date: 01/22/2020     　　　　　　　　　　　　　　　　　　　　　*/s/ Myla G Kilchrist*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Myla G Kilchrist

Date: 01/22/2020     　　　　　　　　　　　　　　　　　　　　　*/s/ Emily de Leon*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EMILY DE LEON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** the Court grants Defendant Kilchrist's request for waiver of her personal appearance for all proceedings in this matter.

IT IS SO ORDERED.

Dated: __**January 24, 2020**__        _____**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE