McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
 United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>MYLA G. KILCHRIST,<br><br>           Defendant. | Case No. 5:19-po-00248-JLT<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br>(Doc. 7) |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, and Defendant Myla G. Kilchrist, by and through her attorney, Emily de Leon, hereby request and stipulate as follows:

1.   A Status Conference regarding the Change of Plea/Trial Setting is currently set for June 1, 2020; and

2.   The parties stipulate and request that the Court continue the Status Conference in this matter from June 1, 2020, to August 4, 2020, at 9:00 a.m.  The parties are discussing resolution and need

/ / /

/ / /

/ / /

/ / /

/ / /

additional time to conduct additional research.  The parties anticipate that by August 4, 2020, they will be in a position to resolve the case or set the case for trial.

DATED:  May 28, 2020

          Respectfully submitted,

          McGREGOR W. SCOTT
          United States Attorney

By:  /s/ Philip N. Tankovich
      PHILIP N. TANKOVICH
      Special Assistant U.S. Attorney

DATED:  May 28, 2020

          EMILY DE LEON
          DE LEON LAW

By:  /s/ Emily de Leon
      EMILY DE LEON
      De Leon Law
      Counsel for Defendant,
      Myla G. Kilchrist
      (As approved by email 05/27/2020)

## **ORDER**

The Status Conference regarding a Change of Plea/Trial Setting in this matter is continued from June 1, 2020, to August 4, 2020, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **May 28, 2020**        **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE